**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

Brahim Bouchaib,

                Petitioner,

                                                  **06CV411**
                                                  **Consent**

                v.                                        **Decision**
                                                         **&**
                                                      **Order**

Department of Homeland Security, U.S. Immigration &
Customs Enforcement,

                Respondents.

      Before the Court is the respondent's motions to dismiss the petition as moot (Docket No. 10). The petitioner, Brahim Bouchaib ("Bouchaib") commenced this action seeking release from detention while awaiting his removal from the United States. The petitioner expressly stated that he "does not seek judicial review of [the] Removal Order" but "only seeks to get released from custody" by either being removed or released. (Docket No. 1 at page 2).

      The respondent has submitted documentation verifying the removal of Bouchaib on June 7, 2007. Thus, the petition is now moot. The motion to dismiss the petition is granted.

      So Ordered.

                                                    /s/ Hugh B. Scott
                                           United States Magistrate Judge
                                           Western District of New York

Buffalo, New York
July 6, 2007